# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Kevin Ross and Jolene Ross, ) | |
| ) | |
| Plaintiffs, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Bear Paw Energy, LLC, a Corporation, ) | |
| ) | Case No. 4:09-cv-50 |
| Defendant. ) | |

Before the court are Defendant's motions for attorneys Bradley L. DeLuca and Brigid D. Ashcraft to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bradley L. DeLuca and Brigid D. Ashcraft have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motions (Docket Nos. 5 and 6) are **GRANTED**. Attorneys Bradley L. DeLuca and Brigid D. Ashcraft are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge